UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-23108-CIV-JORDAN

| | |
|---|---|
| ANGEL J. VIGOA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### ORDER OF DISMISSAL AND CLOSING CASE

Pursuant to the parties' stipulation  [D.E. 34], this case is DISMISSED WITH PREJUDICE.  All pending motions are DENIED AS MOOT, and this CASE IS CLOSED.

The parties, having requested that I retain jurisdiction to enforce the terms of their settlement agreement, shall file a copy of the agreement with the clerk in the public record within ten (10) days.  If the settlement agreement contains confidential or proprietary information that the parties wish to redact, they must submit a separate motion to redact portions of the settlement agreement, and file a copy of the redacted agreement in the public record with the clerk.  In such a case, they should also submit a copy of an un-redacted version of the settlement agreement to chambers for *in camera* review.  I will retain jurisdiction for 30 days to review the settlement agreement and, if necessary, amend this order.

DONE and ORDERED in chambers in Miami, Florida, this 29 th day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:      All counsel of record